UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
FORTIS CORPORATE INSURANCE a/s/o
GUNVOR INTERNATIONAL B.V.,
              Plaintiff,

              08 CV 5230
              ECF CASE

      -against-

M/V VOLGONEFT 259, her engines, tackle,
apparel, etc., *in rem*; and VOLGOTANKER JOINT
STOCK CO., *in personam*,

              **FRCP RULE 7.1**
              **DISCLOSURE STATEMENT**

              Defendants.
-----------------------------------------------------------X

      NOW comes plaintiff, FORTIS CORPORATE INSURANCE, and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

      FORTIS CORPORATE INSURANCE is a publicly traded company.

Dated: New York, New York
       June 6, 2008
       228-33

                                          By: _____
                                              Christopher M. Schierloh (CS-6644)
                                              317 Madison Avenue, 21st Floor
                                              New York, NY 10017
                                              (212) 286-0225